1 | PHILIP J. GRAVES (SBN 153441)
  | philipg@hbsslaw.com
2 | HAGENS BERMAN SOBOL SHAPIRO LLP
  | 301 North Lake Avenue, Suite 203
3 | Pasadena, CA  91101
  | Telephone:  (213) 330-7150
4 | Facsimile:  (213) 330-7152
5 | Attorneys for Plaintiff
  | JOSEPH NEEV

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH NEEV, an individual, | No. 8:15-cv-1997 |
| Plaintiff, | |
| v. | **COMPLAINT FOR PATENT INFRINGEMENT AND DEMAND FOR JURY TRIAL** |
| ZIEMER USA, INC., a Illinois corporation; and ZIEMER OPHTHALMIC SYSTEMS AG, a Swiss corporation, | |
| Defendant. | |

Plaintiff Joseph Neev ("Dr. Neev"), by and through his undersigned attorneys, pleads as follows:

## I. PARTIES

1. Dr. Neev is an individual residing in Laguna Beach, California.

2. On information and belief, Ziemer USA, Inc. ("Ziemer USA") is a corporation organized and existing under the laws of the State of Illinois, having its headquarters in Alton, Illinois.

3. On information and belief, Ziemer Ophthalmic Systems AG ("Ziemer AG") is a corporation organized and existing under the laws of Switzerland, having a principle place of business in Port, Switzerland.

## II. JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction for this action pursuant to 28 U.S.C. §§ 1331 and 1338.

5. On information and belief, this Court has personal jurisdiction over Ziemer USA for the reason, among others, that Ziemer USA transacts business by selling infringing products in California.

6. On information and belief, this Court has personal jurisdiction over Ziemer AG for the reasons, among others, that (i) Ziemer AG acts through its agent, Ziemer USA, to transact business in California, and (ii) Ziemer AG manufactures products with the intention of selling and marketing those products in California through an affiliated company, namely Ziemer USA.

7. Venue is proper in this District because Ziemer USA and Ziemer AG reside in this District within the meaning of 28 U.S.C. §§ 1391 and 1400(b).

## III. FACTUAL ALLEGATIONS

**A.  Dr. Neev**

8. Dr. Joseph Neev is a physicist and an inventor of revolutionary applications of lasers in the ophthalmic, dermatological, dental and cardiovascular fields.

9. Dr. Neev's career in advancing the use of laser technology to optimize surgical applications began in the late 1980s. His contributions to augment the use of lasers in medical and other applications is well-recognized in the industry, and can be seen through his numerous publications and his affiliation with reputable institutions such as Lawrence Livermore National Laboratory ("Livermore"), the University of California at Irvine ("UCI"), the Beckman Laser Institute, the University of California at San Diego, the University of California at San Francisco, Cornell University School of Medicine, the University of Texas at Austin, Stanford University's School of Medicine and Duke University's School of Medicine. As an internationally recognized leader in the field of femtosecond lasers in surgery and medicine, Dr. Neev was asked, in the mid-1990's, to organize the first conference on commercial and biomedical applications of ultrashort pulse lasers and served as the conference chair or co-chair for over a decade.

10. In the mid and late 1990s, Dr. Neev worked as an assistant professor of surgery at the Beckman Laser Institute and Medical Clinic, which was part of the Department of Surgery at UCI. At the time, Dr. Neev worked with other University of California scientists at Livermore on research and development projects relating to ultrashort pulse lasers. Livermore, which was managed by the University of California at the time, is a federally funded research laboratory, entrusted with strengthening the United States' security through the development and application of world-class science and technology.

**B.    The '199 Patent**

11. Following his departure from UCI, Dr. Neev continued his research concerning medical applications of laser technology. Dr. Neev's subsequent work has resulted in the issuance of at least 15 U.S. Patents covering various laser, light and heat-based biomedical applications. Among these is U.S. Patent No. 6,482,199 (the "'199 Patent"), entitled "Method and Apparatus for High Precision Variable Rate

1  Material, Removal and Modification," which was issued to Dr. Neev by the U.S.
2  Patent and Trademark Office on November 19, 2002.

3      12.    Dr. Neev is the sole inventor and owner of the '199 Patent, and holds all
4  right, title and interest in and to the '199 Patent.

**C.    The Femto LDV Z Models**

6      13.    On information and belief, Ziemer USA imports the Femto LDV Z
7  Models into the United States and markets and sells the Femto LDV Z Models in the
8  United States, and does so as the agent of and on behalf of Ziemer AG.

9      14.    On information and belief, Ziemer AG imports the Femto LDV Z Models
10 into the United States and markets and sells the Femto LDV Z Models in the United
11 States on its own behalf and through its US agent, Ziemer USA.

12     15.    On information and belief, the Femto LDV Z Models currently include
13 the Femto LDV Z2, the Femto LDV Z4, the Femto LDV Z6, and the Femto LDV Z8.
14 The Femto LDV Z2, Z4, Z6 and Z8 have received FDA approval for use in the United
15 States.

16     16.    The Femto LDV Z Models are ophthalmic surgical lasers with at least the
17 following indicated uses:

- The Femto LDV Z2: for use in the creation of corneal incisions in patients undergoing LASIK surgery or other treatment requiring lamellar resection of the cornea at constant depth relative to the corneal surface;
- The Femto LDV Z4: for use in the creation of corneal incisions in patients undergoing LASIK surgery, tunnel creation for implantation of rings, pocket creation for implantation of corneal implants or other treatment requiring lamellar resection of the cornea at a varying depth with respect to the corneal surface that does not enclose a volume of the cornea;
- The Femto LDV Z6: for use in the creation of corneal incisions in patients undergoing LASIK surgery, tunnel creation tor implantation of

- 3 -

805943 V1

rings, pocket creation for implantation of corneal implants, lamellar keratoplasty, penetrating keratoplasty or other treatment requiring lamellar resection of the cornea at a varying depth with respect the corneal surface that may enclose a volume of the cornea; and also for use in patients undergoing cataract surgery for the creation of single-plane, multi-plane, partial thickness and full thickness cuts/incisions in the cornea, each of which may be performed either individually or consecutively during the same procedure.

- The Femto LDV Z8: for use in the creation of corneal incisions indicated for use in patients undergoing LASIK surgery, tunnel creation for implantation of rings, pocket creation for implantation of corneal implants, lamellar keratoplasty, penetrating keratoplasty or other treatment requiring lamellar resection of the cornea at a varying depth with respect to the corneal surface. Also for use in the creation of capsulotomy, phacofragmentation and the creation of single plane, multi-plane, arc cuts/incisions in the cornea, each of which may be performed either individually or consecutively during the same procedure indicated for use in patients undergoing cataract surgery for removal of the crystalline lens.

17. On information and belief, the Femto LDV Z Models are used to selectively ablate and/or modify eye tissue.

18. On information and belief, the Femto LDV Z Models operate with a pulse duration in the approximate range from 200 femtoseconds to 350 femtoseconds.

19. On information and belief, the Femto LDV Z Models operate with a pulse repetition rate of at least 100 kilohertz.

20. On information and belief, when the Femto LDV Z Models are used for an indicated use, laser energy is directed at and below the surface of the eye, creating incisions or tunnels in the cornea as well as a plurality of cavitation bubbles below the

1  surface of the eye.

2  21. On information and belief, when the Femto LDV Z Models are used for
3  an indicated use, an absorption and/or scattering characteristic of the material of the
4  target region of the eye is varied, for example, as a result of the application of suction
5  and/or pressure to the eye by a patient interface.

6  22. On information and belief, certain parameters of the Femto LDV Z
7  Models, such as the pulse energy, may be or have been manipulated such that a
8  deposited volumetric power density of the beam within a target region of the eye is
9  greater than the threshold volumetric power density.

10  23. On information and belief, when the Femto LDV Z Models are used for
11  an indicated use, ablation or other modification of eye tissue occurs as a result of the
12  interaction of laser energy with eye tissue.

## COUNT I

## INFRINGEMENT OF THE '199 PATENT

### (Against Ziemer USA and Ziemer AG)

16  24. Dr. Neev restates and incorporates by reference his previous allegations
17  above, as if fully set forth herein.

18  25. Ziemer USA and Ziemer AG have infringed and continue to infringe one
19  or more claims of the '199 Patent by making, using, selling or offering to sell in the
20  United States and/or by importing into the United States the Femto LDV Z Models.

21  26. Ziemer USA and Ziemer AG have induced and continue to induce
22  infringement of one or more claims of the '199 Patent in the United States by, among
23  others, ophthalmic surgeons performing eye surgery using the Femto LDV Z Models.
24  Ziemer USA and Ziemer AG have known of the '199 Patent since at least October
25  2015, and have known or acted with willful blindness to the likelihood that the use of
26  the Femto LDV Z Models by ophthalmic surgeons infringes the '199 Patent.

27
28

805943 V1

27. The Femto LDV Z Models are configured such that the use of the lasers for eye surgery constitutes infringement, and Ziemer USA and Ziemer AG instruct and encourage users to use the infringing laser for eye surgery.

28. With respect to the Femto LDV Z Models, Ziemer AG's website and marketing materials state, among other things:

- "FEMTO LDV Z6 means ultimate femto technology for corneal surgery. It is a real breakthrough in femtosecond laser technology. Innovative improvements, from the laser source to the architecture, enables surgeons to perform perfect lamellar and penetrating keratoplasties, intracorneal rings and pockets, Z-LASIK and Z-LASIK Z as well as clear coroneal incisions and arcuate incisions."
- "FEMTO LDV Z8 is the first real mobile femtosecond laser for refractive AND cataract surgery. An innovative and versatile femtosecond workstation designed for seamless integration into your operating room."

29. Ziemer USA and Ziemer AG intend that the infringing product be used in a manner that infringes the '199 Patent. Ziemer AG obtained FDA approval for infringing uses and markets the product for infringing uses. On information and belief, Ziemer USA and Ziemer AG directly or indirectly create and provide manuals, brochures and other documentation instructing and enabling infringing uses.

30. Ziemer USA and Ziemer AG have contributed to and continue to contribute to infringement of one or more claims of the '199 Patent in the United States by, among others, ophthalmic surgeons performing eye surgery using the Femto LDV Z Models. The infringing product embodies a material part of the claimed invention of the '199 Patent, and Ziemer USA and Ziemer AG know that the product is especially made or adapted for uses that infringe the '199 Patent. The infringing product is not a staple article or commodity of commerce suitable for substantial non-infringing uses.

805943 V1

31. Ziemer USA and Ziemer AG's infringement of the '199 Patent has been and continues to be willful. Ziemer USA and Ziemer AG have known of the '199 Patent since at least October 2015. Ziemer USA and Ziemer AG knew or should have known that the Femto LDV Z Models infringes the '199 Patent, and have proceeded despite an objectively high likelihood that a court would find the product to be infringing.

32. Neither Ziemer USA nor Ziemer AG now has or has ever had a license under the '199 Patent.

33. Dr. Neev has sustained significant damages as a direct and proximate result of Ziemer USA's and Ziemer AG's infringement of the '199 Patent.

34. Dr. Neev will suffer and is suffering irreparable harm from Ziemer USA's and Ziemer AG's infringement of the '199 Patent. Dr. Neev is entitled to an injunction against Ziemer USA's and Ziemer AG's continuing infringement of the '199 Patent. Unless enjoined, Ziemer USA and Ziemer AG will continue their infringing conduct.

35. Ziemer USA's and Ziemer AG's infringement of the '199 Patent is exceptional and entitles Dr. Neev to attorneys' fees and costs incurred in prosecuting this action.

## RELIEF REQUESTED

WHEREFORE, Dr. Neev prays that the Court enter judgment as follows:

A. That Ziemer USA and Ziemer AG have infringed and continue to infringe the '199 Patent and that the '199 Patent is not invalid and is enforceable;

B. Awarding Dr. Neev damages adequate to compensate him for Ziemer USA's and Ziemer AG's infringement of the '199 Patent, in an amount to be determined at trial, but in no event less than a reasonable royalty for the use made of the claimed inventions by them;

C. Awarding a preliminary and permanent injunction restraining and enjoining Ziemer USA and Ziemer AG, and their officers, agents, servants,

- 7 -

805943 V1

1   employees, attorneys, and any persons in active concert or participation with them
2   who receive actual notice of the order by personal service or otherwise, from any
3   further manufacture, use, sales, offers to sell, or importations of any and all of the
4   products and services identified above;

5        D.    Trebling all damages awarded to Dr. Neev under the '199 Patent;

6        E.    Finding this case exceptional and awarding to Dr. Neev his reasonable
7   attorneys' fees incurred in prosecuting his claims for patent infringement;

8        F.    Costs and interest;

9        G.    Such other relief as the Court determines to be just and proper.

11   DATED: November 30, 2015        HAGENS BERMAN SOBOL SHAPIRO LLP

By:    */s/ Philip J. Graves*
       Philip J. Graves (SBN 153441)
philipg@hbsslaw.com
301 North Lake Avenue, Suite 203
Pasadena, CA  91101
Telephone:  (213) 330-7150
Facsimile:  (213) 330-7152

Counsel for Plaintiff
JOSEPH NEEV

805943 V1

- 8 -

# DEMAND FOR JURY TRIAL

Dr. Neev requests a jury trial for all issues triable to a jury.

DATED: November 30, 2015        HAGENS BERMAN SOBOL SHAPIRO LLP


By:   */s/ Philip J. Graves*
        Philip J. Graves (SBN 153441)
philipg@hbsslaw.com
301 North Lake Avenue, Suite 203
Pasadena, CA  91101
Telephone:  (213) 330-7150
Facsimile:  (213) 330-7152

Counsel for Plaintiff
JOSEPH NEEV

- 9 -

805943 V1